No. 17,730.

Bessie C. Ray *v.* School District No. 2,
Morgan County, Colorado.
(293 P. [2d] 302)

Decided February 6, 1956.

Mr. John T. Dugan, for plaintiff in error.

Mr. William B. Paynter, Mr. Richard B. Paynter, for defendant in error.

*En Banc.*

Per Curiam.

Judgment affirmed without written opinion.